### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**GERALD MORRIS**                                                                                      **PLAINTIFF**

**v.**                                                                                     **CIVIL ACTION NO. 3:08CV-P394-C**

**BILL ADAMS** *et al.*                                                                                **DEFENDANTS**

### MEMORANDUM OPINION

By order entered November 3, 2008, the court directed the plaintiff to complete and return a court-supplied complaint form and either to pay the $350.00 filing fee or to file an application to proceed without prepayment of fees. The court warned the plaintiff that his failure to comply with the order within 30 days would result in dismissal of this civil action.

The response time has expired, and a review of the record reveals that the plaintiff has failed to comply with the court's prior order or show cause for said failure. Accordingly, the action will be dismissed for failure to prosecute by separate order.

The **clerk of court is directed** to send a copy of this memorandum opinion to the plaintiff and the defendants.

Signed on  January 3, 2009

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**